# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| MATTHEW CERVANTEZ, individually and on behalf others similarly situated under 29 U.S.C. § 216(b), | § § § § | |
| v. | § | CASE NO. 3:18-CV-2547-S-BN |
| TDT CONSULTING, LLC, | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 22, 2019, the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

The Court hereby **OVERRULES** Defendant's Objection [ECF No. 12] and **GRANTS** in part and **DENIES** in part Plaintiff's Motion for Expedited Conditional Certification of Collective Action and Judicially-Supervised Notice Under Section 216(b) [ECF No. 10]. Specifically, the Court conditionally certifies the case as a collective action but denies Plaintiff's request for equitable toling. In addition, the Court grants Cervantez's request to distribute the Notice through mail, email, text message, posting at the workplace, posting online at the proposed website, and inclusion in current employee's paychecks; grants Cervantez's request that potential opt-in plaintiffs be afforded the opportunity to electronically sign their consent forms on the proposed website; denies Cervantez's request to use Facebook and LinkedIn as a method for notice

delivery; denies Cervantez's request to use the current Notice and orders him to submit an edited Notice to potential class members for the Court's review within two of this Order; grants Cervantez's request for production of information; and grants Cervantez's proposed mailing and opt-in dates.

**SO ORDERED.**

SIGNED August 21, 2019.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**